IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE NOWELL, *et al.*,  ) | |
| d/b/a NOWELL FARMS,  ) | |
|   ) | |
|   Plaintiffs,  ) | |
|   ) | |
| v.  ) | CASE NO. 1:19-cv-172-SRW |
|   ) | |
| GEORGE ERVIN "SONNY" PERDUE, III,  ) | |
| *et al.*,  ) | |
|   ) | |
|   Defendants.  ) | |

## **ORDER**

This matter is before the court on plaintiffs' amended notice of voluntary dismissal (Doc. 16), which is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon consideration of the same, it is hereby

ORDERED that the Clerk of Court is DIRECTED to close this case.

Done, on this the 17th day of July, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge